UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS BINNALL, and <br> SUSAN BINNALL, <br>     Plaintiffs, <br> <br> v. <br> <br> BATH IRON WORKS <br> CORPORATION <br> and <br> GENERAL DYNAMICS <br> CORPORATION, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, Thomas Binnall and Susan Binnall, in the above-captioned matter, and hereby state, pursuant to Fed.R.Civ.P. 41(a)(1)(i), that all claims and allegations presented in this legal action against the Defendants, Bath Iron Works Corporation and General Dynamics Corporation, shall be dismissed without prejudice.

Respectfully submitted,
The Plaintiffs,
By their Attorneys,

_____
Eric J. Parker, Esq. BBO# 549513
Susan M. Bourque, Esq. BBO# 647195
Parker | Scheer LLP
One Constitution Center
Boston, MA 02129
(617) 886-0500

Dated: 4-13-2005

PARKER | SCHEER